**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 96-CR-30087-WDS |
| | ) | |
| RAY L. LEGG, | ) | |
| 03676-025 | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge**:

Before the Court are defendant's renewed motions for retroactive application of the amendments to the Sentencing Guidelines (Docs. 657 and 658). The Court previously granted defendant's prior motions for a reduction in sentence (See Order at Doc. 656) and reduced defendant's sentence on each of Counts 1, 2, 3 and 8 of the Second Superseding Indictment to concurrent terms of imprisonment of 360 months, leaving all other terms and conditions of his prior sentence unaffected.

As part of that Order, the Court granted defendant an additional thirty (30) days to file an amended §3582 motion setting forth specific grounds for any further reduction he seeks under the amendments to the advisory sentencing guidelines, which he has now filed. In his motions, defendant asserts that he did not receive effective assistance of counsel and he should have received a reduction to a base offense level of 39, resulting in a range of 324-405 months, and that while in prison, he has completed many in-prison programs (Doc. 657). He reasserts these claims in his second renewed filing (Doc. 658).

In light of the Court's reduction of defendant's sentence to 360 months, which is within the

range he now seeks the Court **FINDS** that his renewed motions for reduction are moot, and are accordingly **DENIED.**

Defendant has also filed a motion for a current copy of his docket sheet (Doc. 659). Upon review of the record, the Court **GRANTS** that motion and directs the Clerk of the Court to provide a copy of the defendant's docket sheet to him at his last known address.

**IT IS SO ORDERED.**

**DATE: 09 January, 2013**

              **/s/ WILLIAM D. STIEHL**
                **DISTRICT JUDGE**